IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Mark McGriff, Board of Trustees Chairman and William Nix, Board of Trustees Secretary, Board Of Trustees on behalf of INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND; et al., <br><br>    vs. <br><br> BRIAN ALTHOUSE BUILDING SERVICE LLC and BRIAN ALTHOUSE, <br><br>    Defendants. | Case No. 1:18-cv-2843-WTL-DLP |

**PLAINTIFFS' FED. R. CIV. P. 41(a)(1)(i) NOTICE OF DISMISSAL**

Plaintiffs **Mark McGriff, Board of Trustees Chairman, and William Nix Board of Trustees Secretary, on behalf of INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND; Mark McGriff, Board of Trustees Chairman, and Greg Hauswald, Board of Trustees Secretary on behalf INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS DEFINED CONTRIBUTION PENSION TRUST FUND; Mark McGriff, Board of Trustees Co-Chairman and William Nix, Board of Trustees Co-Chairman, on behalf of INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND; Mark McGriff, Board of Trustees Chairman, and Joe Coar, Board of Trustees Secretary, on behalf of INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND; Douglas J. McCarron, Board of Trustees Chairman, on behalf of UNITED BROTHERHOOD OF CARPENTERS APPRENTICESHIP TRAINING FUND OF NORTH AMERICA;** and, **INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS**, by their

attorneys, **PAUL T. BERKOWITZ & ASSOCIATES, LTD.**, move pursuant to FRCP, Rule 41(a)(1)(i), to voluntarily dismiss this action against Defendants **BRIAN ALTHOUSE BUILDING SERVICE LLC** and **BRIAN ALTHOUSE,** with prejudice:

In the interests of the parties and this Court, Plaintiffs hereby file this Fed. R. Civ. P. 41(a)(1)(i) Notice of Dismissal with prejudice.

For the above stated reasons, this action should be dismissed with prejudice.

Respectfully submitted,

**PAUL T. BERKOWITZ & ASSOCIATES, LTD.**

By _____/s/ Paul T. Berkowitz_____
**PLAINTIFFS' ATTORNEYS**

PAUL T. BERKOWITZ & ASSOCIATES, LTD.
123 West Madison Street, Suite 600
Chicago, Illinois  60602
(312) 419-0001
(312) 419-0002 – FAX
paul@ptblaw.com
Attorney ID #19025-49

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

None

I hereby certify that on April 12, 2019, I mailed the foregoing document by United States Postal Service to the following non-CM/ECF participants:

States Postal Service to the following non-CM/ECF participants:

> Brian Althouse Building Service LLC
> c/o Brian Althouse, Registered Agent
> 4766 South 250 East
> Peru, Indiana  46970

> and

> Brian Althouse
> 4766 South 250 East
> Peru, Indiana  46970

/s/Paul T. Berkowitz

PAUL T. BERKOWITZ & ASSOCIATES, LTD.
123 W. Madison Street, Suite 600
Chicago, Illinois  60602
(312) 419-0001
(312) 419-0002 FAX
paul@ptblaw.com
Attorney ID #19025-49