IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Mark McGriff, Board of Trustees Chairman and William Nix, Board of Trustees Secretary, Board Of Trustees on behalf of INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND; et al., | ) ) ) ) ) ) |
| vs. | ) ) Case No. 1:18-cv-2843-WTL-DLP |
| BRIAN ALTHOUSE BUILDING SERVICE LLC and BRIAN ALTHOUSE, | ) ) ) ) |
| Defendants. | ) |

> Dismissal acknowledged on 4/15/2019.
> /s/ William T. Lawrence, Senior Judge
> Distribution via CM/ECF

**PLAINTIFFS' FED. R. CIV. P. 41(a)(1)(i) NOTICE OF DISMISSAL**

Plaintiffs **Mark McGriff, Board of Trustees Chairman, and William Nix Board of Trustees Secretary, on behalf of INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND; Mark McGriff, Board of Trustees Chairman, and Greg Hauswald, Board of Trustees Secretary on behalf INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS DEFINED CONTRIBUTION PENSION TRUST FUND; Mark McGriff, Board of Trustees Co-Chairman and William Nix, Board of Trustees Co-Chairman, on behalf of INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND; Mark McGriff, Board of Trustees Chairman, and Joe Coar, Board of Trustees Secretary, on behalf of INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND; Douglas J. McCarron, Board of Trustees Chairman, on behalf of UNITED BROTHERHOOD OF CARPENTERS APPRENTICESHIP TRAINING FUND OF NORTH AMERICA;** and, **INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS**, by their